



**Notice to District Court of Related Criminal Duty Filing**

Number of current Criminal Duty Filing: CR Misc. No. ___CR Misc. No. 19CM00020___

Title(s) of document(s) making up current criminal duty filing: STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT; PROPOSED ORDER

The United States of America hereby informs the Court that the above-referenced criminal duty filing (*check all that apply and provide appropriate information*):

a) ☒ does not relate to any previously filed criminal duty matters;

b) ☐ relates to the following criminal duty matter(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related criminal duty matters*):

_____

_____

c) ☐ relates to the following indictment(s) previously filed and assigned (*provide case number(s) and assigned judge(s) for all related pending indictments*):

_____

_____

There is a particular reason this criminal duty matter should be assigned to a judge assigned either a related criminal duty matter or a related indictment listed above. Explain:

_____

_____

Respectfully submitted,

DATED: ___January 3, 2019___      /s/Michael R. Sew Hoy
MICHAEL R. SEW HOY
Assistant United States Attorney

---

This notice must be submitted with every criminal duty filing. Multiple documents submitted concurrently for the same matter are considered one criminal duty filing for purposes of submitting this notice.