COPY

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MICHAEL R. SEW HOY (CA Bar No. 243391)
Assistant United States Attorney
Asset Forfeiture Section
 312 North Spring Street, 14th Floor
 Los Angeles, California 90012
 Telephone: (213) 894-3314
 Facsimile: (213) 894-0142
 E-mail: Michael.R.Sew.Hoy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
01/04/19
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF 2015 MERCEDES-BENZ G550 | No. 19CM00020 |
|---|---|
| Michael B. Crawford, Jr., Claimant. | STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT [PROPOSED ORDER LODGED CONTEMPORANEOUSLY HEREWITH] |

It is hereby stipulated by and between the United States of America (the "government") and Claimant Michael B. Crawford, Jr. ("Crawford") through his counsel, Michael D. Grahn, as follows:

1. Claimant Crawford filed a written claim in administrative forfeiture proceedings commenced by the Drug Enforcement ("DEA") with respect to one 2015 Mercedes-Benz G550 (the "defendant").

2. The government asserts that DEA has sent the written notice on intent to forfeiture required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. Under 18 U.S.C. § 983(a)(2)(A)–(E), the time has either expired or been tolled for any person to file a claim to the defendant.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the seized defendant and/or to obtain an indictment alleging that the seized defendant is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, which in this case is January 28, 2019, but the statue provides for an extension of this date by court order or upon agreement of the parties.

4. Claimant does not desire that the government initiate a civil forfeiture action against the defendant at this time, because the parties desire additional time to discuss resolution of the matter.

5. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend the time in which the United States is required to file a complaint for forfeiture or indictment against the seized defendant, in order to provide the parties an opportunity to discuss settlement.

6. The parties request and agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the seized defendant and/or to obtain an indictment alleging that the assets are subject to forfeiture be extended from January 28, 2019, to March 29, 2019.

7. Claimant knowingly, intelligently, and voluntarily gives up any right he may have under 18 U.S.C. § 983(a)(3)(A)-(C) to require the United States to file a complaint for forfeiture against the defendant and/or to obtain an indictment alleging that the defendant is subject to forfeiture by January 28, 2019, and any right he may have to

1 seek dismissal of any complaint and/or any forfeiture allegation in an indictment on the
2 ground that it was not filed or returned on or before such date.
3 / / /
4 / / /

NOW, THEREFORE, the parties hereto, by and through their respective attorneys, hereby STIPULATE AND REQUEST that the government's time to file a civil forfeiture complaint in connection with the seizure of the defendant be extended to and including March 29, 2019.

**SO STIPULATED**

Dated: January 3, 2019                          Respectfully submitted,

NICOLA T. HANNA
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

   /s/*Michael R. Sew Hoy*
MICHAEL R. SEW HOY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

Dated: January 3, 2019

   /s/(per e-mail confirmation)
MICHAEL D. GRAHN
Attorney for Claimant
MICHAEL B. CRAWFORD, JR.

PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, 14th Floor, Los Angeles, CA 90012.

On **January 3, 2019**, I served a copy of: **STIPULATION AND REQUEST TO EXTEND THE DEADLINE TO FILE CIVIL FORFEITURE COMPLAINT** upon each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:  MICHAEL D. GRAHN, ESQ.
      LAW OFFICES OF MICHAEL D. GRAHN
      1801 CENTURY PARK EAST, 24TH FLOOR
      LOS ANGELES, CA 90067

__X__ I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **January 4, 2019** at Los Angeles, California.

                                /s/ *Krystie Sor*
                                KRYSITE SOR